Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

       - v. -                 :      INDICTMENT

MIAN M. SHAHID,                :      07 Cr. ____

       Defendant.             :      **07CRIM. 489**

- - - - - - - - - - - - - - - x



MAY 31 2007

## COUNT ONE

(Wire Fraud)

The Grand Jury charges:

1. On or about January 17, 2007, in the Southern District of New York and elsewhere, MIAN M. SHAHID, the defendant, unlawfully, wilfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, writings, signs and signals for the purpose of executing such scheme and artifice, to wit, SHAHID caused another, and aided and abetted another, to apply for a credit line at a store under a false identity, which credit application required the transmission of false information by means of wire communication in interstate commerce, resulting in the granting of an $11,000 line of credit.

(Title 18, United States Code, Sections 1343 and 2.)

**Count Two**

(Access Device Fraud)

The Grand Jury further charges:

2.  On or about January 24, 2007, in the Southern District of New York and elsewhere, MIAN M. SHAHID, the defendant, unlawfully, willfully and knowingly, and with intent to defraud, in an offense affecting interstate commerce, did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct did obtain things of value aggregating $1,000 and more during that period, to wit, SHAHID used, and caused another, and aided and abetted another, to use a Macy's credit card issued in the name of another person to obtain merchandise and services worth more than $1,000.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

**Count Three**

(Access Device Fraud)

The Grand Jury further charges:

3.  On or about February 12, 2007, in the Southern District of New York and elsewhere, MIAN M. SHAHID, the defendant, unlawfully, willfully and knowingly, and with intent to defraud, in an offense affecting interstate commerce, did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct did obtain things of value aggregating $1,000 and more during that period, to wit,

SHAHID used, and caused another, and aided and abetted another, to use a Home Depot credit card issued in the name of another person to obtain merchandise and services worth more than $1,000.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

### Count Four

(Identity Fraud)

The Grand Jury further charges:

4. From at least in or about November 2006 up to and including at least in or about February 2007, in the Southern District of New York and elsewhere, MIAN M. SHAHID, the defendant, unlawfully, willfully, and knowingly, did transfer an identification document, authentication feature, and a false identification document knowing that such document and feature was stolen and produced without lawful authority, where the identification document, authentication feature, and false identification document was, and appeared to be, a personal identification card, and where the production, transfer, possession and use of the identification document, authentication feature, and false identification document was in and affected interstate and foreign commerce, and where the means of identification, identification document, and false identification document was transported in the mail in the course of the production, transfer, possession and use of the identification document and false identification document, to wit, SHAHID used,

3

and caused another, and aided and abetted another, to use, among other things, a New York State Identification Card issued in the name of another person and transported in the mail to obtain merchandise and services, to open bank accounts, and to engage in mortgage fraud.

(Title 18, United States Code, Sections 1028(a)(2), (b)(1)(A)(ii), (c)(3)(A) and (c)(3)(B) and 2.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MIAN M. SHAHID,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 1028(a)(2), (b)(1)(A)(ii),
(c)(3)(A) and (c)(3)(B), 1029(a)(2), 1343
and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

05/31/07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge McMahon.

Peck, M.J.