

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2007



**BY HAND**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Mian M. Shahid*
            07 Cr. 489 (CM)

Dear Judge McMahon:

    On May 31, 2007, a grand jury returned a four-count indictment against defendant Mian M. Shahid, charging him with one count of wire fraud, two counts of access device fraud and one count of identity fraud. (A copy of the indictment is enclosed.) The case was assigned to Your Honor.

    Your Honor's chambers set the defendant's arraignment and the initial pre-trial conference for June 22, 2007 at 11:30 am.

    The Government respectfully requests an exclusion of time through June 22, 2007 so that the Government can provide, and the defense can review, discovery, and so that the parties can engage in plea discussions. I have spoken with defense counsel, who consents to this request.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
Michael D. Maimin
Assistant United States Attorney
Southern District of New York
(212) 637-2238

SO ORDERED:  6/12/07
_____
Hon. Colleen McMahon
United States District Judge

cc:    Jonathan Kaye, Esq.