# JONATHAN KAYE

**MEMO ENDORSED**

ATTORNEY AT LAW
19-02 WHITESTONE EXPRESSWAY
SUITE 401
WHITESTONE, NEW YORK 11357
(718) 746-5017
FACSIMILE (718) 746-4746

September 10, 2007

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
By Fax: (212) 805-6326

*Matter Adj. to 10/12/07 at 9:30* [handwritten]

**RECEIVED SEP 10 2007 CHAMBERS OF COLLEEN McMAHON**

Re: United States v. Mian Shahid
Docket No. ~~05-CR-562(CM)~~
07 CR 489 (CM) [handwritten]

Dear Judge McMahon:

    I write on behalf of my client, Mian Shahid, to request an adjournment of a status conference currently scheduled for September 12, 2007 at 9:15 a.m. The reason for the request is that the defendant and I are still in the process of going over voluminous amounts of discovery. There was a problem with the DVDs, in that they were not viewable on our computers. This has now been resolved and the Government has sent me new DVDs that will be comparable on our computers.

    Therefore, I am requesting a rescheduling of the status conference to October 12, 2007, or any date thereafter convenient for the court. This will allow me as well as the defendant to examine all the DVDS in this case and determine if the defendant should dispose of this case or request a motion schedule and trial date on the next court date. I have discussed this application with the attorney for the government, Michael D. Maiman., and he advises me that the government would have no objection to my request. Further, I request that all time for any adjournment that the court gives, be deemed as in the furtherance of the interest of justice and not be chargeable under speedy trial.

    Thank you for your consideration in this matter.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 9/11/07

Respectfully submitted,

Jonathan Kaye

cc. AUSA Michael D. Maiman