# JONATHAN KAYE
ATTORNEY AT LAW
19-02 WHITESTONE EXPRESSWAY
SUITE 401
WHITESTONE, NEW YORK 11357
(718) 746-5017
FACSIMILE (718) 746-4746

October 10, 2007



Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
By Fax: (212) 805-6326



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

10/10/07
Matter Adj to
10/25/07 @ 9:30am,
Time is Excluded

Re: United States v. Mian Shahid
Docket No. ~~05-CR-562~~(CM)
07 CR 489

Dear Judge McMahon:

I write on behalf of my client, Mian Shahid, to request an adjournment of a status conference currently scheduled for October 12, 2007 at 9:30 a.m. The reason for the request is that the date chosen for the status conference coincides with the end of the defendant's holiday of Ramadan. As a result he has religious services all day on Friday October 12, 2007.

Therefore, I am requesting a rescheduling of the status conference to October 23, 2007, or any date thereafter convenient for the court. I have discussed this application with the attorney for the government, Michael D. Maiman., and he advises me that the government would have no objection to my request. Further, I request that all time for any adjournment that the court gives, be deemed as in the furtherance of the interest of justice and not be chargeable under speedy trial.

Thank you for your consideration in this matter.

Respectfully submitted,

Jonathan Kaye

cc. AUSA Michael D. Maiman