# JONATHAN KAYE

ATTORNEY AT LAW
19-02 WHITESTONE EXPRESSWAY
SUITE 401
WHITESTONE, NEW YORK 11357
(718) 746-5017
FACSIMILE (718) 746-4746

December 3, 2007

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    United States v. Mian Shahid
                            Docket No. 07-CR-489 (CM)

Dear Judge McMahon:

      Upon consent of the parties, the defendant writes to request that the status conference for the above-captioned matter, currently scheduled for Tuesday, December 4, 2007 at 9:30 a.m., be adjourned TO January 4, 2008 at 9:30a.m.. Presently, the parties are engaged in plea negotiations and it is likely that the matter will be resolved without the need for a trial. Therefore, the parties make this application to the court for an adjournment.

      The parties further request that the period of delay from December 4, 2007 through the next scheduled date of January 4, 2008 be excluded pursuant to 18 U.S.S. § 3161 (h) (8) (A). In granting this application, the parties request that the Court make a finding, based upon the foregoing explanation, that the ends of justice served by taking such action outweigh the best interest of the public and the defendant Mian Shahid in a speedy trial.

      Thank you for your consideration in this matter

                                                                      Respectfully submitted,

                                                                      S/Jonathan Kaye

cc. AUSA Michael D. Maiman