UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  :  S1 07 Cr. 489 (CM)

       v.  :  **WAIVER OF INDICTMENT**

MIAN SHAHID,  :

       Defendant.  :

- - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1029(a)(2), 1028(a)(2), 1344 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

                                  _____
                                  MIAN SHAHID
                                  Defendant

                                  _____
                                  Witness

                                  _____
                                  JONATHAN KAYE, ESQ.
                                  Counsel for Defendant

Date:  New York, New York
      May 30, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/30/08]

0202