# JONATHAN KAYE

ATTORNEY AT LAW
19-02 WHITESTONE EXPRESSWAY
SUITE 401
WHITESTONE, NEW YORK 11357
(718) 746-5017
FACSIMILE (718) 746-4746

July 31, 2008

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
By Fax: (212) 805-6326

                Re:    <u>United States v. Mian Shahid</u>
                      Docket No. 05-CR-562(CM)

Dear Judge McMahon:

      I write on behalf of my client, Mian Shahid, to request that he be allowed to attend the marriage of his niece, Anila Latif, to take place on Saturday August 2, 2008 from 8:00p.m. to 12:00 am with the celebration continuing on Sunday August 3, 2008 from 7:30pm to 11:30 p.m. The wedding and the celebration will take place at 244 West Old Country Road, Hicksville, New York 11801.

      If the court allows my client to go he will need at least one hour before and one hour after these times, in order to allow time for travel.

      Thank you for your consideration in this matter.

                                            Respectfully submitted,
                                            S/Jonathan Kaye